IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**PAUL EUGENE LEDKINS**                                                                                           **PLAINTIFF**

V.                                            CASE NO.  3:24-CV-3027

**MAYOR JERRY JACKSON;**
**JEREMY RAGLAND, Harrison City Council;**
**MITCH MAGNESS, Harrison City Council; and**
**LARRY PHILLIPS, Harrison City Council**                                                           **DEFENDANTS**

## ORDER

This is a civil rights action filed by Plaintiff Paul Eugene Ledkins pursuant to 42 U.S.C. § 1983. Mr. Ledkins proceeds *pro se* and *in forma pauperis*. The claims in the case arise from his incarceration in the Boone County Detention Center in early 2024. He contends in his Second Amended Complaint (Doc. 15) that during his incarceration, an unknown officer arrested him on false charges and Mr. Ledkins spent thirty-five days in a jail cell where the toilet leaked, the medical staff charged him exorbitant costs for medication, he food he was served was nutritionally deficient and caused him to lose thirteen pounds, and the mattress he was given was stained and smelled strongly of urine. He "holds responsible" the mayor of Harrison and three city council members for these injuries but fails to explain why they are to blame. *Id.* at p. 3.

On July 9, 2024, the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, issued a Report and Recommendation ("R&R") (Doc. 16) following preservice screening of the Second Amended Complaint. The R&R recommends dismissing the case without prejudice for failure to state a claim against any named Defendant. On July 22, 2024, Mr. Ledkins filed Objections to the R&R (Doc. 17), in which he provided no further facts about the Defendants and instead asked for help in

identifying who might have actually caused his alleged injuries. The Court has reviewed the entire record *de novo* as required by 28 U.S.C. § 636(b)(1).

Minimally, a *pro se* plaintiff must state enough facts in his complaint to show that he suffered an injury of constitutional dimension and identify who harmed him. Based on Mr. Ledkins's filings in this case, it is clear that he is literate and capable of explaining the wrongs he allegedly suffered while incarcerated. However, what he has failed to do, despite being offered multiple opportunities by the Court, is to name any individual in the jail or in law enforcement in general who might have violated his constitutional rights. The Magistrate Judge is correct that "no viable cause of action is stated against the mayor or city council members," (Doc. 16, p. 5), which means that all named Defendants must be dismissed. The case will be closed without prejudice to Mr. Ledkins's ability to refile if he identifies a proper defendant to sue.

**IT IS THEREFORE ORDERED** that the Objections (Doc. 17) are **OVERRULED** and the R&R (Doc. 16) is **ADOPTED IN ITS ENTIRETY**. The case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim.

**IT IS SO ORDERED** on this 23rd day of July, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE